Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
ROBERT MCDONALD

**UNITED STATES DISTRICT COURT,
DISTRICT OF ARIZONA**

| | |
|---|---|
| ROBERT MCDONALD, | Case No.: 2:10-cv-00311-DGC |
| Plaintiff, | **VOLUNTARY DISMISSAL** |
| v. | |
| SENTRY CREDIT, INC., | |
| Defendant. | |

**<u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Plaintiff, ROBERT MCDONALD, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: April 8, 2010                                  KROHN & MOSS, LTD.


By:/s/ Ryan Lee
    Ryan Lee
    Attorneys for Plaintiff
    ROBERT MCDONALD